**Opinion filed February 18, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00322-CV

_____

## $2,797 UNITED STATES CURRENCY, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-128,128**

### M E M O R A N D U M   O P I N I O N

The trial court signed the forfeiture judgment on October 8, 2009.  Eddie Albert Mendoza timely filed a notice of appeal but failed to comply with TEX. R. APP. P. 20.1.  We dismiss.

When the appellate record was not timely filed, this court extended the due date to February 8, 2010, as required under TEX. R. APP. P. 37.3(a)(1).  The clerk of the trial court has notified this court in writing that Mendoza has failed to make arrangements to pay for the clerk's record.

As of this date, the clerk's record has not been received in this court. The failure to file the clerk's record appears to be due to Mendoza's actions. TEX. R. APP. P. 37.3(b).

Therefore, the appeal is dismissed.

PER CURIAM

February 18, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.